Franklin Levy (BBO# 297720)
Ryan Ciporkin (BBO# 667479)
Michele A. Hunton (BBO# 667766)
LAWSON & WEITZEN, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02210
(617) 439-4990

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-md-02419<br><br>Hon. F. Dennis Saylor, IV |
| **This Document Relates To:**<br><br>*Stout, et. al. v. New England Compounding Pharmacy, Inc., et. al.*, No. 13-cv-10167 | |

### NOTICE OF APPEARANCE

Please enter the appearance of Ryan Ciporkin of the law firm of Lawson & Weitzen, LLP, as counsel for defendant Alaunus Pharmaceutical, LLC.

|  |  |
|---|---|
| Dated:   February 21, 2013 | Respectfully Submitted,<br>Alaunus Pharmaceutical, LLC,<br>By its Attorney,<br><br>*/s/ Ryan Ciporkin*<br>_____<br>Franklin Levy (BBO# 297720)<br>Ryan Ciporkin (BBO# 667479)<br>Michele A. Hunton (BBO# 667766)<br>Lawson & Weitzen, LLP<br>88 Black Falcon Ave, Suite 345<br>Boston, MA 02210<br>Tel: (617) 439-4990<br>flevy@lawson-weitzen.com<br>rciporkin@lawson-weitzen.com<br>mhunton@lawson-weitzen.com |

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 21, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

                                  */s/ Ryan Ciporkin*

                                  Franklin Levy (BBO# 297720)
                                  Ryan Ciporkin (BBO #667479)
                                  Michele A. Hunton (BBO# 667766)
                                  Lawson & Weitzen, LLP
                                  88 Black Falcon Ave, Suite 345
                                  Boston, MA 02210
                                  Tel: (617) 439-4990
                                  flevy@lawson-weitzen.com
                                  rciporkin@lawson-weitzen.com
                                  mhunton@lawson-weitzen.com