Franklin Levy (BBO# 297720)
Ryan Ciporkin (BBO# 667479)
Michele A. Hunton (BBO# 667766)
LAWSON & WEITZEN, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02210
(617) 439-4990

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** | MDL No. 1:13-md-02419<br><br>Hon. F. Dennis Saylor, IV |
| **This Document Relates To:**<br><br>*Stout, et. al. v. New England Compounding Pharmacy, Inc., et. al.*, No. 13-cv-10167 | |

**ALAUNUS PHARMACEUTICAL, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, the Defendant, Alaunus Pharmaceutical, LLC ("Alaunus"), states that it does not have any parent corporations and no publicly-held corporation owns 10% or more of Alaunus' stock.

|   |   |
|---|---|
| | Respectfully Submitted,<br>Alaunus Pharmaceutical, LLC,<br>By its Attorney, |
| Dated:   February 21, 2013 | |
| | */s/ Ryan Ciporkin* |
| | Franklin Levy (BBO# 297720)<br>Ryan Ciporkin (BBO# 667479)<br>Michele A. Hunton (BBO# 667766)<br>Lawson & Weitzen, LLP<br>88 Black Falcon Ave, Suite 345<br>Boston, MA 02210<br>Tel: (617) 439-4990<br>flevy@lawson-weitzen.com<br>rciporkin@lawson-weitzen.com<br>mhunton@lawson-weitzen.com |

1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 21, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

*/s/ Ryan Ciporkin*

Franklin Levy (BBO# 297720)
Ryan Ciporkin (BBO #667479)
Michele A. Hunton (BBO# 667766)
Lawson & Weitzen, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02210
Tel: (617) 439-4990
flevy@lawson-weitzen.com
rciporkin@lawson-weitzen.com
mhunton@lawson-weitzen.com