UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

**IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC.  PRODUCTS LIABILITY
LITIGATION**

**This Document Relates To:**

*Stout v. New England Compounding Pharmacy
Inc., et al.,* No. 1:13-cv-10167

---

**MDL No. 1:13-md-02419**

**Hon. F. Dennis Saylor, IV**

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ Proc. 41(a)(1), plaintiff voluntarily

dismisses case number 1:13-CV-10167 without prejudice.

**KREINDLER & KREINDLER LLP**

Dated:  March 18, 2013

By: /S/ Ian McCallister
Anthony Tarricone, Esq. (BBO# 492480)
Ian McCallister, Esq. (BBO# 633445
227 Dartmouth Street
Boston, MA  02116
Telephone:  (617) 424-9100
Facsimile:  (617) 424-9120
atarricone@kreindler.com
imccallister@kreinder.com

*Pending Pro Hac Vice Admission:*

Eric H. Gibbs
Dylan Hughes
Amy M. Zeman
C. Tucker Cottingham
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone:  (415) 98104800
Facsimile:  (415) 981-4846

*Attorneys for Plaintiff Julia Stout*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2013, I caused a copy of Notice of Voluntary Dismissal to be served by electronic means via the Court's CM/ECF System on all counsel registered to receive electronic notices.


/S/ Ian McCallister_____