# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Julia Stout, etc., et al. vs. New England Compounding Pharmacy, Inc., et al.*<br>Case No.: 13-cv-10167 | **MDL NO. 1:13-md-02419** |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard A. Dean of the law firm Tucker Ellis LLP, as counsel for defendants Ameridose, LLC

　　　　　　　　　　　　　　　　　　　　*/s/ Richard A. Dean*
　　　　　　　　　　　　　　　　　　　　RICHARD A. DEAN (Ohio Bar #0013165)
　　　　　　　　　　　　　　　　　　　　Tucker Ellis LLP
　　　　　　　　　　　　　　　　　　　　925 Euclid Avenue, Suite 1150
　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44115-1414
　　　　　　　　　　　　　　　　　　　　Tel:　(216) 592-5000
　　　　　　　　　　　　　　　　　　　　Fax:　(216) 592-5009
　　　　　　　　　　　　　　　　　　　　E-mail:richard.dean@tuckerellis.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Ameridose, LLC*

## **CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing has been filed with the Clerk of Court on March 19, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

                */s/ Richard A. Dean*
                RICHARD A. DEAN (Ohio Bar #0013165)
                Tucker Ellis  LLP
                925 Euclid Avenue, Suite 1150
                Cleveland, Ohio 44115-1414
                Tel: (216) 592-5000
                Fax: (216) 592-5009
                E-mail:richard.dean@tuckerellis.com

                *Attorney for Ameridose, LLC*